1  Thomas H. Fell, Esq. (NV Bar No. 3717)
   FENNEMORE CRAIG, P.C.
2  300 South Fourth St. 14th Floor
   Las Vegas, NV 89101
3  Telephone: (702) 692-8000
   Facsimile: (702) 692-8099
4  Email: tfell@fclaw.com
   Attorneys for Defendant
5  *Pecos Lunan, Inc. dba Arby's Roast Beef*

6              **UNITED STATES DISTRICT COURT**

7                   **DISTRICT OF NEVADA**

8  KEVIN ZIMMERMAN, an individual,          Case No.: 2:17-cv-01189-GMN-GWF

9              Plaintiff,

10         v.                               **STIPULATION AND ORDER FOR**
                                            **DISMISSAL WITH PREJUDICE**
11 PECOS LUNAN, INC. dba ARBY'S ROAST
   BEEF RESTAURANT,

12             Defendant.

13

14         KEVIN ZIMMERMAN, an individual ("Plaintiff") and PECOS LUNAN, INC. dba

   ARBY'S ROAST BEEF RESTAURANT ("Defendant"), by and through their respective counsel
15
   of record and being parties to the above lawsuit, hereby stipulate and agree that the above entitled
16
   action shall be dismissed with prejudice. Each party will bear its own attorneys' fees and costs.
17
   Additionally, Plaintiff and Defendant note that this dismissal with prejudice relates not only to the
18
   entity named as the Defendant above but it also applies to Eastern Lunan, Inc., which is the correct
19
   entity name for the address alleged in the complaint to be non-compliant with the Americans with
20
   Disabilities Act.
21

22

23

24

25

26

| | |
|---|---|
| 1 | DATED this 14th day of June, 2017. |
| 2 | **FENNEMORE CRAIG, P.C.** |
| 3 | |
| 4 | _/s/ Thomas H. Fell_ |
| 5 | Thomas H. Fell, Esq. (Bar No. 3717)<br>300 South Fourth St. 14th Floor<br>Las Vegas, NV 89101 |
| 6 | Telephone: (702) 692-8000<br>Email: tfell@fclaw.com |
| 7 | Attorneys for Defendant<br>_Pecos Lunan, Inc. dba Arby's Roast Beef_ |
| 8 | _Restaurant_ |

DATED this 14th day of June, 2017.

**THE WILCHER FIRM**

_/s/ Thomas Fell w/permission_
Whitney C. Wilcher, Esq. (NV Bar No.
8465 W. Sahara Ave. Suite 111-236
Las Vegas, NV 89117
Telephone: (702) 446-1959
E-mail: wcw@nevadaada.com
_Attorneys for Plaintiff_

FENNEMORE CRAIG, P.C.

PHOENIX

**Zimmerman v Pecos Lunan, Inc. dba Arby's Roast Beef**
**Restaurant Case No.: 2:17-cv-01189-GMN-GWF**
**(Stipulation and Order for Dismissal with Prejudice)**

**IT IS HEREBY ORDERED** that this case is **DISMISSED with prejudice**.

_____
UNITED STATES DISTRICT JUDGE

DATED this 18 day of June, 2017.

Respectfully submitted by:

FENNEMORE CRAIG, P.C.

By: _/s/ Thomas H. Fell_____
      Thomas H. Fell, Esq. (NV Bar No. 3717)
      300 South Fourth St. 14th Floor
      Las Vegas, NV 89101
      Telephone: (702) 692-8000
      Facsimile: (702) 692-8099
      Email: tfell@fclaw.com
      Attorneys for Defendant
      _Pecos Lunan, Inc. dba Arby's Roast Beef Restaurant_

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of June, 2017, I served a copy of the foregoing STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE  upon the parties to this action via electronic service pursuant to the U.S. District Court CM/ECF filing system.

_/s/Julie Calvano Tolby_
An employee of Fennemore Craig, P.C.

12973583.1/045477.0001